```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

TERICO ALLEN,

    Plaintiff,

v                                    Case No. 08-14252

PATRICIA CARUSO, *et al*,    DISTRICT JUDGE ARTHUR J. TARNOW

    Defendant.               MAG. JUDGE VIRGINIA M. MORGAN

_____/

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    There having been no objection to Magistrate Judge Morgan's Report and Recommendation [Docket #23) filed August 28, 2009, granting Defendants' motion for summary judgment and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Morgan is **ADOPTED** and Defendants' motion for summary judgment is [Docket #14] is **GRANTED**.

    IT IS FURTHER ORDERED that the complaint be **DISMISSED WITH PREJUDICE.**

                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
                                            United States District Judge

Dated: September 18, 2009

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on September 18, 2009, by electronic and/or ordinary mail.

                                            s/Catherine A. Pickles
                                            Judicial Secretary